IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OLYMPIC & )
PARALYMPIC COMMITTEE, *a federally* )
*chartered corporation*, )
                                 )
       Plaintiff, )
                                 )
       v. )        Civil Action No. 1:21-cv-444 (RDA/TCB)
                                 )
TEMPTING BRANDS NETHERLANDS )
B.V., )
                                 )
       Defendant. )

## ORDER

      This matter comes before the Court on the parties' Notice of Voluntary Dismissal.  Dkt. 9.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED

WITHOUT PREJUDICE.

      It is SO ORDERED.

Alexandria, Virginia
June 23 , 2021

                                   /s/
                                Rossie D. Alston, Jr.
                                United States District Judge